UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST BLACK AMERICAN PRESIDENT,

       Plaintiff,                         Case No. 1:10-cv-1171

v.                                                Hon. Janet T. Neff

KALAMAZOO COUNTY SHERIFF
DEPARTMENT, et al.,

       Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation (Dkt. 5) of the Magistrate Judge, filed December 8, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reason(s) stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that upon review of Plaintiff's claims, this Court can discern no good-faith basis for an appeal and so certifies in accordance with *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997).


Dated: December 28, 2010                       /s/Janet T. Neff
                                                     JANET T. NEFF
                                                     UNITED STATES DISTRICT JUDGE